# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:08CR69** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **BRIAN K. WILLIAMS,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Brian K. Williams (Williams) (Filing No. 31). Ms. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Ms. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 31) is granted.

Matthew M. Munderloh, P.O. Box 62, Oakland, NE 68045, (402) 685-5647, is appointed to represent Williams for the balance of these proceedings pursuant to the Criminal Justice Act. Ms, Hansen shall forthwith provide Mr. Munderloh with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Williams's defense.

The clerk shall provide a copy of this order to Mr. Munderloh, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 10th day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge