IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )        8:08CR69
                              )
       v.                     )
                              )
BRIAN WILLIAMS,               )        ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion to set hearing on plaintiff's request for departure (Filing No. 50).  Accordingly,

IT IS ORDERED that a hearing on plaintiff's motion pursuant to Rule 35(b) (Filing No. 49) is scheduled for:

**Thursday, September 10, 2010, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 12th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court